

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Laura C. Williams<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2435<br>lawillia@law.nyc.gov |
|---|---|---|

September 16, 2020

**BY ECF**

Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Rogelio Knights v. City University of New York, et al.
           19-CV-00480 (FB) (RML)

Dear Judge Levy:

      I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants in the above captioned proceeding. I write to respectfully request that the Court so-order the proposed Stipulation and Protective Order, signed by counsel for both parties and filed on August 13, 2020. See ECF Doc. No. 29.

      I appreciate the Court's attention and consideration of this request.

                                                       Respectfully submitted,

                                                        */s/*
                                                      Laura C. Williams
                                                     Assistant Corporation Counsel

cc:     Roosevelt Seymour, Esq. (By ECF)