UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

AMENDED JUDGMENT IN A CIVIL CASE

Rogelio Knights,
    Plaintiff,

VS                                  CV-19-480(FB)(RML)

City University of New York,
    Defendants.

Jury verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED THAT PLAINTIFF SHALL RECOVER FROM THE DEFENDANT CITY UNIVERSITY OF NEW YORK AN AWARD OF ONE DOLLAR (1.00) IN NOMINAL DAMAGES FOR A VIOLATION OF HIS DUE PROCESS RIGHT TO LIBERTY.

| | |
|---|---|
| 6/29/23 | Brenna B. Mahoney |
| DATE | CLERK OF THE COURT |

/S/ Michael Innelli
(By) DEPUTY CLERK